UNITED STATES DISTRICT COURT  
STATE OF NEW YORK, EASTERN DISTRICT

Job #: 1555766

Client: LEVIN EPSTEIN & ASSOCIATES PC  
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

| DENIS FAKHURTDINOV | | |
|---|---|---|
| | | Index Number: 24-CV-1696 |
| vs | Plaintiff | Client's File No.: fakhurtdinov vs itg |
| ITG COMMUNICATIONS, LLC, DOMESTIC SUPPLY INC., AND DANILA BARANNIKOV | | Court Date: |
| | Defendant | Date Filed: 03/07/2024 |

STATE OF TENNESEE, COUNTY OF ROBERTSON, SS.:  
SCOTT NANCE, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Tennessee.

On 03/13/2024, at 9:04 AM at: 152 MOLLY WALTON DRIVE, HENDERSONVILLE, TN 37075 Deponent served the within **Summons in a Civil Action, COMPLAINT - JURY TRIAL DEMANDED**

On: **ITG COMMUNICATIONS, LLC**, Defendant therein named,

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**  
By delivering thereat a true copy of each to MS. RENEE personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be FRONT MANAGER authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: White | Color of hair: BLOND | Glasses: |
|---|---|---|---|
| Age: 50 | Height: 5'7" | Weight: 200 | Other Features: |

☐ **#3 WITNESS FEES**  
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

_Vanessa McMahan_  
Notary Signature

Sworn to before me on  
3-25-2024

My Commission Expires  
5/20/2024

_Scott Nance_  
SCOTT NANCE  
DCA License # N/A

PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 Lic#2003142-DCA