UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Job #: 1555766

Client: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

---

DENIS FAKHURTDINOV

vs

*Plaintiff*

ITG COMMUNICATIONS, LLC, DOMESTIC SUPPLY INC., AND DANILA BARANNIKOV

*Defendant*

Index Number: 24-CV-1696

Client's File No.: fakhurtdinov vs itg

Court Date:

Date Filed: 03/07/2024

---

STATE OF TENNESEE, COUNTY OF ROBERTSON, SS.:
SCOTT NANCE, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Tennessee.

On 03/13/2024, at 9:04 AM at: 152 MOLLY WALTON DRIVE, HENDERSONVILLE, TN 37075 Deponent served the within **Summons in a Civil Action, COMPLAINT - JURY TRIAL DEMANDED**

On: **ITG COMMUNICATIONS, LLC**, Defendant therein named,

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to MS. RENEE personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be FRONT MANAGER authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| | | | |
|---|---|---|---|
| Sex: Female | Color of skin: White | Color of hair: BLOND | Glasses: |
| Age: 50 | Height: 5'7" | Weight: 200 | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

*Vanessa McMahan*
Notary Signature

Sworn to before me on
3-25-2024

My Commission Expires
5/20/2024

[Notary Seal: VANESSA MCMAHAN, STATE OF TENNESSEE NOTARY PUBLIC, SUMNER COUNTY]

_SCOTT NANCE_
SCOTT NANCE
DCA License # N/A

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*