Attorney: LEVIN EPSTEIN & ASSOCIATES PC Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165 Job #: 1555767

# AFFIDAVIT OF NON SERVICE

Client's File No.: fakhurtdinov vs

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 24-CV-1696
COUNTY OF EASTERN



DENIS FAKHURTDINOV

*Plaintiff*

vs

ITG COMMUNICATIONS, LLC, DOMESTIC SUPPLY INC., AND DANILA BARANNIKOV

*Defendant*

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 03/14/2024, at the following time: 2:35 PM, at 126A WEST END AVENUE, BROOKLYN, NY 11235, deponent attempted to serve the within Summons in a Civil Action, COMPLAINT - JURY TRIAL DEMANDED upon DANILA BARANNIKOV the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at 126A WEST END AVENUE, BROOKLYN, NY 11235 deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] house/building vacant
- [ ] moved, left no forwarding
- [ ] address does not exist
- [ ] evading
- [ ] service canceled by litigant
- [ ] unable to serve in timely fashion
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: NO SUCH ADDRESS AS 126A EXISTS. SERVICE ATTEMPTED AT 126 BUT SUBJECT IS NOT KNOWN.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 03/14/2024 | 2:35 PM | 126A WEST END AVENUE, BROOKLYN, NY 11235 |

Sworn to before me on 04/05/2024

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2027

DAINON WARD
DCA License # 2079049

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*