UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENIS FAKHURTDINOV, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,<br><br>    Plaintiffs,<br><br>  -against-<br><br>ITG COMMUNICATIONS, LLC, DOMESTIC SUPPLY, INC., and DANILA BARANNIKOV,<br><br>    Defendants. | Civil Case No. 1:24-cv-01696 (DG)(SJB)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel on behalf of Defendants Domestic Supply, Inc. and Danil Barannikov in the above-captioned action. I am admitted to practice in this court, registered for electronic filing with the Eastern District of New York, and request that copies of all papers in this action be served upon the undersigned at the address set forth below.

Date: June 25, 2024
    Brooklyn, New York

                   /s/ _____
                   Steven Zuck
                   Zuck Legal PLLC
                   3069 Brighton 1st St, Fl 2
                   Brooklyn, New York 11235
                   (718) 790-4990
                   szuck@zucklegal.com

                   *Attorneys for Defendants*
                   *Domestic Supply, Inc. and Danil Barannikov*