**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Denis Fakhurtdinov, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff,*

        - against -

ITG Communications, LLC, Domestic Supply Inc., and Danila Barannikov,

                              *Defendants.*

---------------------------------------------------------------X

Case No.: 24-cv-01696

**NOTICE OF MOTION**

Hon. Sanket J. Bulsara, U.S.M.J.

      PLEASE TAKE NOTICE that upon the annexed Memorandum of Law dated December 9, 2024, together with the supporting declaration of Jason Mizrahi, Esq. and the exhibits annexed thereto, Plaintiff Denis Fakhurtdinov (the "Plaintiff"), by his attorney Levin-Epstein & Associates, P.C., will move this Court, the Honorable Magistrate Sanket J. Bulsara presiding, at the courthouse located in 225 Cadman Plaza E, Brooklyn, NY 11201, for an order: (i) affirming the parties' settlement agreement; (ii) scheduling a fairness hearing under *Cheeks*; and (iii) sanctioning Defendants Domestic Supply Inc., and Danila Barannikov (together, the "Domestic Supply Defendants") under pursuant to 28 U.S.C. § 1927, the Court's inherent authority.

      PLEASE TAKE FURTHER NOTICE that answering papers, if any, must be served on or before December 23, 2024, and Plaintiff's reply must be served on or before December 30, 2024.

Dated: December 9, 2024
       New York, New York

                              LEVIN-EPSTEIN & ASSOCIATES P.C.

                    By:   /s/ *Jason Mizrahi*
                             Jason Mizrahi, Esq.
                             Joshua Levin-Epstein, Esq.
                             60 East 42nd Street, Suite 4700
                             New York, NY 10165
                             Tel No.: (212) 792-0048
                             Email: Jason@levinepstein.com
                             *Attorneys for Plaintiff*

Cc:    All parties via ECF