# EXHIBIT A

# Jason Mizrahi

| | |
|---|---|
| **From:** | Jason Mizrahi |
| **Sent:** | Wednesday, October 2, 2024 3:10 PM |
| **To:** | Ng, William H.; Steven Zuck; Capobianco, Matthew R. |
| **Cc:** | Matthew Weinick |
| **Subject:** | Fakhurtdinov v. ITG Communications, LLC et al [24-cv-01696] |

Cousnel / Mediator Weinick,

To memorialize the outcome of today's mediation, the parties have agreed to resolve this action for a total of $45,000, structured as follows:

1. $45,000 payable as follows:

    a. $15,000 payable via wire transfer or certified check on or before November 1, 2024;

    b. $15,000 payable via wire transfer or certified check on or before December 1, 2024; and

    c. $15,000 payable via wire transfer or certified check on or before December 31, 2024.

2. Payments 1(a) – 1(c) to be made directly to Defendant(s)' counsel's escrow account.

3. The filing of the disposition of the matter via *Cheeks*, will be made only upon Defendants' counsel's receipt of the full settlement payment (*i.e.,* the motion for *Cheeks* approval will not be filed until, on or around, December 31, 2024).

Kindly confirm receipt of this email.

Best,
Jason Mizrahi

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Office: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*